**DENY and Opinion Filed August 13, 2024**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00924-CV

## IN RE DA GREEDY ONE ENT, LLC DBA GREEDY'S SPORTS GRILL, Relator

### Original Proceeding from the 298th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-14520

## MEMORANDUM OPINION
Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Garcia

In its August 7, 2024 petition for writ of mandamus, relator complains that the trial court has refused to conduct hearings and rule on certain dispositive motions.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). As the party seeking relief, relator has the burden of providing the Court with a certified or sworn copy of every document that is material to establishing its right to mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7(a); *In re Butler*, 270 S.W.3d 757, 759 (Tex. App.—Dallas 2008, orig. proceeding) (requiring relator to submit a record

containing certified or sworn copies). Based on the record before us, we conclude that relator has not met this burden. And, even if we were to consider these documents, we conclude that relator has not demonstrated the trial court's refusal act. *See In re Prado*, 522 S.W.3d 1, 2 (Tex. App.—Dallas 2017, orig. proceeding) (mem. op.) (explaining that to obtain mandamus relief for trial court's refusal to rule, relator must show that the trial court (1) had a legal duty to rule on the motion; (2) was asked to rule on the motion; and (3) failed to do so).

Accordingly, we deny the petition for writ of mandamus.

Also before the Court is relator's Notice of Appeal for Temporary Relief of Mandamus to Stay Proceedings, which we construe as a stay motion. Having denied the petition for writ of mandamus, we deny the stay motion as moot.

/Dennise Garcia/

DENNISE GARCIA

240924F.P05                          JUSTICE

–2–